# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

**BRANDON L MOORE SR #118816**                    **CIVIL ACTION NO. 24-cv-1623**
                                                   **SEC P**

**VERSUS**                                         **JUDGE TERRY A. DOUGHTY**

**SHREVEPORT POLICE DEPT**                         **MAG. JUDGE PEREZ-MONTES**

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge

[Doc. No. 10] previously filed herein, having thoroughly reviewed the record, noting the

lack of objection filed thereto, and concurring with the findings of the Magistrate Judge

under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** Plaintiff's Petition for Writ of

Habeas Corpus [Doc. No 5] is **DISMISSED WITHOUT PREJUDICE.**

**MONROE, LOUISIANA**, this the 2nd day of May 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE